Scott Edelsberg (SBN 330990)
**EDELSBERG LAW, P.A.**
1925 Century Park E, #1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelbserglaw.com

Jeffrey D. Kaliel (SBN 238293)
**KALIEL GOLD PLLC**
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

Sophia Goren Gold (SBN 307971)
**KALIEL GOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

*Counsel for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR PULBROOK, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FTD, LLC, <br><br> Defendant. | Case No. <br><br> **DECLARATION OF PLAINTIFF TAYLOR PULBROOK REGARDING PROPER VENUE UNDER THE CONSUMER LEGAL REMEDIES ACT, CALIFORNIA CIVIL CODE § 1780(D)** |

## **DECLARATION** OF  TAYLOR PULBROOK

I, TAYLOR PULBROOK, state and declare as follows:

1.    I have personal knowledge of the matters stated herein except as to those matters stated on information and belief, which I believe to be true.

2.    If called and sworn as a witness, I could and would testify truthfully and competently to the matters stated herein.

3.    I am the named Plaintiff in the above-captioned action and submit this Declaration pursuant to California Civil Code § 1780(d).

4.    In January 2025, I purchased a floral delivery from Defendant's website, FTD.com while living in San Jose, California.

5.    I understand that, because I purchased the product in San Jose, California, the transaction occurred within the jurisdiction of the Northern District of California, and therefore, this is a proper place to bring my California Consumer Legal Remedies Act claim.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this  4th  day of March, 2025 at San Jose, California.

*[signature]*

Taylor Pulbrook

2

DECLARATION OF PLAINTIFF TAYLOR PULBROOK

**Dropbox Sign**

Audit trail

| | |
|---|---|
| Title | Declaration of Venue for Taylor Pulbrook vs FTD \| Junk Fee... |
| File name | content |
| Document ID | d08defa564b1fcc0379cb271838de49326919615 |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from sflinjuryattorneys.lightning.force.com

## Document History

**SENT**
03 / 04 / 2025
19:06:51 UTC

Sent for signature to Taylor Pulbrook (tpulbrook@hotmail.com) from gpalacios@shamisgentile.com
IP: 62.182.98.228

**VIEWED**
03 / 04 / 2025
19:16:42 UTC

Viewed by Taylor Pulbrook (tpulbrook@hotmail.com)
IP: 98.159.37.70

**SIGNED**
03 / 04 / 2025
20:01:52 UTC

Signed by Taylor Pulbrook (tpulbrook@hotmail.com)
IP: 76.132.44.121

**COMPLETED**
03 / 04 / 2025
20:01:52 UTC

The document has been completed.

Powered by **Dropbox Sign**